UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC PICOT,<br><br>        Plaintiff,<br><br>    v.<br><br>DOCUSIGN, INC.,<br><br>        Defendant. | Case No. 25-mc-80213-WHO<br><br>**ORDER TO SHOW CAUSE RE SERVICE** |

Currently pending is plaintiff's Petition to Obtain Discovery From Respondent Docusign, Inc., Pursuant to 28 U.S.C. § 1782. Dkt. No. 1.

On July 30, 2025, Magistrate Judge Peter H. Kang ordered Picot to "serve a copy of his as-filed application (including all supporting documents, the proposed order, and proposed subpoena), as well as a copy of" Judge Kang's July 30, 2025 Order "on DocuSign by no later than August 13, 2025." Dkt. No. 3. Judge Kang also gave Picot and Docusign until August 20, 2025 to consent to magistrate judge jurisdiction. *Id*. No consent forms were filed and the matter was reassigned to me on August 21, 2025. Dkt. No. 5.

There is no evidence in the docket that Picot served Docusign by August 13, 2025, as required by Judge Kang.

Picot is ORDERED TO SHOW CAUSE why the Petition should not be dismissed for failure to prosecute. *See* Fed. R. Civ. Proc. 41(b). Picot may extinguish this OSC by filing a proof of service, showing service on Docusign by September 17, 2025. The matter will then be under submission.

**IT IS SO ORDERED.**

Dated: September 2, 2025



William H. Orrick
United States District Judge